JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC

**DEFENDANT**
JOHN DOE

**(b)** County of Residence of First Listed Plaintiff <u>Los Angeles County, CA</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Geoffrey L. Beauchamp (No. 40380)      Telephone: (267) 781-0615
Geoffrey L. Beauchamp, P.C.                 Facsimile: (215) 706-0895
1015 York Road
Willow Grove, PA 19090
E-mail: GLBLaw@comcast.net

Attorneys (If Known)

**II.  BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1. U.S. Government
    Plaintiff

☒ 3. Federal Question
    (U.S. Government Not a Party)

☐ 2. U.S. Government
    Defendant

☐ 4. Diversity
    (Indicate Citizenship of Parties
    in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for
(For Diversity Cases Only)                                    Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | Act | ☐ 863 DIWC/DIWW | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | Property Damage | ☐ 720 Labor/Mgmt. Relations | 405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 385 Property Damage | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | Product Liability | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | or Defendant) | Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Determination Under |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities- | ☐ 540 Mandamus & Other | | | Equal Access to Justice |
| | Employment | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities- | ☐ 555 Prison Condition | | | State Statutes |
| | Other | | | | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other Civil Rights | | | | |

**V.    ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)                                                    Transferred from                                   Appeal to

☒ 1 Original       ☐ 2 Removed from       ☐ 3 Remanded from       ☐ 4 Reinstated or       ☐ 5 another district       ☐ 6 Multidistrict       ☐ 7 District Judge from
    Proceeding          State Court          Appellate Court          Reopened          (specify)          Litigation          Magistrate Judgment

**VI.   CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
17 U.S.C. § 501 et seq.
Brief description of the cause: *copyright infringement*

**VII.  REQUESTED IN**   ☐ CHECK IF THIS IS A CLASS ACTION       DEMAND $       CHECK YES only if demanded in complaint
    **COMPLAINT**   UNDER F.R.C.P. 23       Statutory damages; injunction   **JURY DEMAND:**   ☐ Yes   ☒ No

**VIII. RELATED CASE(S)**   (See instructions)
    **IF ANY**   JUDGE _____   DOCKET NUMBER _____

DATE
July 2, 2008

SIGNATURE OF ATTORNEY OF RECORD
s/ Geoffrey L. Beauchamp      40380

**FOR OFFICE USE ONLY**

RECEIPT# _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:     See Attachment A

Address of Defendant:     unknown

Place of Accident, Incident or Transaction:     The acts of infringement complained of herein occurred in this judicial district

*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed. R.Civ. P. 7.1(a))     Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?     Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number: _____     Judge _____     Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
        Yes ☐   No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐   No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes ☐   No ☒

Civil (Place √ in ONE CATEGORY ONLY):

| | | | |
|---|---|---|---|
| A. | *Federal Question Cases:* | B. | *Diversity Jurisdiction Cases:* |
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Notice Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7. | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability -- Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☐ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☒ All other Federal Question Cases | | |
| | (Please specify)  Copyright | | |

ARBITRATION CERTIFICATION

*(check appropriate Category)*

I, Geoffrey L. Beauchamp, counsel of record do hereby certify:

    ☒ Pursuant to Local Civil Rule Issue 53.2, Section 3 (c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☒ Relief other than monetary damages is sought.

DATE:   July 2, 2008          s/ Geoffrey L. Beauchamp          40380

                                         Attorney-at-Law                 Attorney I.D.

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:   July 2, 2008          s/ Geoffrey L. Beauchamp          40380

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### ATTACHMENT A

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404
County of Los Angeles

BMG Music
1540 Broadway
New York, NY 10036
County of New York

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019
County of New York

Capitol Records, LLC
150 Fifth Avenue, 11th Floor
New York, NY 10011
County of New York

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, LLC, a Delaware limited liability company, | : CIVIL ACTION NO. |
| Plaintiffs, | : |
| v. | : |
| JOHN DOE, | : |
| Defendant. | : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 THROUGH §2255          ( )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying a plaintiff Social Security Benefits          ( )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          ( )

(d)   Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos          ( )

(e)   Special Management – cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)          ( )

(f)      Standard Management – Cases that do not fall into any one of the other tracks.      (x)

| July 2, 2008 | s/ Geoffrey L. Beauchamp | |
| --- | --- | --- |
| **Date** | **Attorney-at-Law** | **Attorney for Plaintiffs** |
| **(267) 781-0615** | **(215) 706-0895** | **GLBLaw@comcast.net** |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

Civil Justice Expense and Delay Reduction Plan
Section 1:03 – Assignment to a Management Track

1.  a)       The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

2.  b)       In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

3.  c)       The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

4.  d)       Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

5.  e)       Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

6.

SPECIAL MANAGEMENT CASE ASSIGNMENTS
(See §1.02(e) Management Track Definitions of the
Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UMG RECORDINGS, INC., a Delaware    :
corporation; BMG MUSIC, a New York   :
general partnership; ARISTA RECORDS   :   CIVIL ACTION NO.
LLC, a Delaware limited liability company;   :
and CAPITOL RECORDS, LLC, a Delaware   :
limited liability company,        :
             :
    Plaintiffs,        :
             :
   v.           :
             :
JOHN DOE,         :
             :
    Defendant.       :

## DISCLOSURE STATEMENT FORM

Please check one box:

~   The nongovernmental corporate party, _____, in the above listed
   civil action does not have any parent corporation and publicly held corporation that owns
   10% or more of its stock.

☒   The nongovernmental corporate parties, all Plaintiffs, in the above listed civil action have
   the following parent corporation(s) and publicly held corporation(s) that owns 10% or
   more of its stock:

     _____ See Attachment A _____
     _____
     _____


July 2, 2008          s/ Geoffrey L. Beauchamp
_____     _____
  Date             Signature

     Counsel for:   PLAINTIFFS
         _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE NONGOVERNMENTAL CORPORATE PARTY:  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b)  TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:

(1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and

(2)  promptly file a supplemental statement upon any change in the information that the statement requires.

## DISCLOSURE STATEMENT FORM

## ATTACHMENT A

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent and subsidiary corporations, or other legal entities that are financially interested in the outcome of the case, as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Dated: July 2, 2008          By:    s/ Geoffrey L. Beauchamp
                                  Geoffrey L. Beauchamp, Esq. (No. 40380)
                                  Geoffrey L. Beauchamp, P.C.
                                  1015 York Road
                                  Willow Grove, PA  19090
                                  Telephone:  (267) 781-0615
                                  Facsimile:  (215) 706-0895
                                  E-mail:  GLBLaw@comcast.net
                                  Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN DOE<br><br>            Defendant. | : CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendant, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper. See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United

States, including this one.  In addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

## PARTIES

4.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

6.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      The true name and capacity of Defendant are unknown to Plaintiffs at this time. Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant by his or her ISP on the date and time of Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of Defendant's true name.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

9.      Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

10.     Plaintiffs are, and at all relevant times have been, the copyright owners or

licensees of exclusive rights under United States copyright law with respect to certain

copyrighted sound recordings, including, but not limited to, all of the copyrighted sound

recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall

be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to

each Plaintiff as specified on each page of Exhibit A.

11.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are

the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted

Recordings to the public.

12.     Plaintiffs are informed and believe that Defendant, without the permission or

consent of Plaintiffs, has continuously used, and continues to use, an online media distribution

system to download and/or distribute to the public certain of the Copyrighted Recordings.

Exhibit A identifies the IP address with the date and time of capture and a list of copyrighted

recordings that Defendant has, without the permission or consent of Plaintiffs, downloaded

and/or distributed to the public. Through his or her continuous and ongoing acts of downloading

and/or distributing to the public the Copyrighted Recordings, Defendant has violated Plaintiffs'

exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of

Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound

recordings listed on Exhibit A, Plaintiffs are informed and believe Defendant has, without the

permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public

additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate

record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by Defendant.)

13.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

14.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

15.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against Defendant for each infringement of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16.     The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now

in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: July 2, 2008          By:   s/ Geoffrey L. Beauchamp
                                   Geoffrey L. Beauchamp, Esq. (No. 40380)
                                   Geoffrey L. Beauchamp, P.C.
                                   1015 York Road
                                   Willow Grove, PA  19090
                                   Telephone:  (267) 781-0615
                                   Facsimile:  (215) 706-0895
                                   E-mail:  GLBLaw@comcast.net
                                   Attorneys for Plaintiffs

5

# EXHIBIT A

## JOHN DOE

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT          **CASE ID#** 146851888

**P2P Network:** Gnutella          **Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC | DEFENDANT<br>**JOHN DOE** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT          **CASE ID#** 146851888

**P2P Network:** Gnutella          **Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

        In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal
has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED |

<table>
<tr><td colspan="2">COURT NAME AND LOCATION<br><b>United States District Court</b><br><b>Eastern District of Pennsylvania</b><br><b>United States Courthouse</b><br><b>601 Market Street</b><br><b>Philadelphia, PA 19106-1797</b></td></tr>
</table>

| PLAINTIFF<br>**UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC** | DEFENDANT<br>**JOHN DOE** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

        In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

        In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order
or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT          **CASE ID#** 146851888

**P2P Network:** Gnutella          **Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | . |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT          **CASE ID#** 146851888

**P2P Network:** Gnutella                                        **Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ～ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>**UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC** | DEFENDANT<br>**JOHN DOE** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

## JOHN DOE

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT          **CASE ID#** 146851888

**P2P Network:** Gnutella          **Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION       ~ APPEAL | | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania**<br>**United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** | |
|---|---|---|---|
| DOCKET NO. | DATE FILED | | |
| PLAINTIFF<br>UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, LLC | | DEFENDANT<br><br>**JOHN DOE** | |
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | | . |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment        ☐ Answer        ☐ Cross Bill        ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes        ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOHN DOE

**IP Address:** 165.123.210.227 2007-11-03 13:23:22 EDT

**CASE ID#** 146851888

**P2P Network:** Gnutella

**Total Audio Files:** 171

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Capitol Records, LLC | OK Go | C-C-C-Cinnamon Lips | Ok Go | 322-969 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |